UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
:
N.G.B., *individually*, and N.G.B., *on behalf of J.B., a*
*child with a disability*,
:
:
               Plaintiff,                                   :                    21-cv-11211 (LJL)
:
      -v-                                                   :                    <u>ORDER</u>
:
NEW YORK CITY DEPARTMENT OF EDUCATION,     :
:
               Defendant.                                   :
:
--------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_06/23/2023__

LEWIS J. LIMAN, United States District Judge:

On April 13, 2023, Plaintiff appealed from a judgment entered in this case on March 31, 2023.  Dkt. No. 45.  Defendant cross appealed from the same judgment.  Dkt. No. 46.  On June 21, 2023, the Second Circuit decided issues in a separate appeal that may be relevant to this case, *see H.C. v. New York City Dep't of Educ.*, 2023 WL 4094873 (2d Cir. June 21, 2023), and remanded the appeal and cross appeal to this Court for reconsideration in light of its decision. Dkt. No. 48.

Any party who believes that the Court's opinion and order, dated March 30, 2023, should be modified in light of the Second Circuit's opinion in *H.C. v. New York City Department of Education* is directed to make a motion to that effect within 21 days of the date of this Order.

SO ORDERED.

Dated: June 23, 2023
       New York, New York                         _____
                                                          LEWIS J. LIMAN
                                                    United States District Judge