**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
N.G.B., individually, and N.G.B., on behalf of J.B., a child with a disability,

                        Plaintiff,

      -against-                                    21 **CIVIL** 11211 (LJL)

                                                    **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                        Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2023, and the Memo Endorsement dated August 8, 2023, on July 31, 2023, the Court denied Plaintiff's motion for reconsideration of this Court's opinion and order of March 30, 2023. Dkt. No. 54. Accordingly, the motion for summary judgment is GRANTED IN PART and DENIED IN PART.  Plaintiff is awarded $20,489.75 in attorneys' fees, $409.50 in costs, as well as post-judgment interest pursuant to 28 U.S.C. § 1961.

**Dated:**  New York, New York

      August 8, 2023

                                                         **RUBY J. KRAJICK**
                                                         **Clerk of Court**

                             **BY:**
                                                         _____
                                                                **Deputy Clerk**