UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/14/2026

-------------------------------------------------------------------X

N.G.B. *individually and on behalf of J.B., a child with a disability*,

                        Plaintiff,

        -v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                  Defendants.

-------------------------------------------------------------------X

21-CV-11211 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of the parties' stipulation of dismissal and stipulation of settlement.  Dkt. Nos. 71, 71-1.  The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: January 14, 2026
      New York, New York

                                 LEWIS J. LIMAN
                       United States District Judge